| | |
|---|---|
| 1 | BARRETT K. GREEN, Bar No. 145393 |
| | COURTNEY S. HOBSON, Bar No. 252322 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 2049 Century Park East |
| | 5th Floor |
| 4 | Los Angeles, CA  90067.3107 |
| | Telephone:  310.553.0308 |
| 5 | Facsimile:   310.553.5583 |
| | E-mail: bgreen@littler.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | STATE FARM MUTUAL AUTOMOBILE |
| | INSURANCE COMPANY |
| 8 | |

JS-6

TIMOTHY B. SOTTILE, Bar No. 127026
WENDY K. MARCUS, Bar No. 248161
TIMOTHY B. SOTTILE, APLC
31365 Oak Crest Drive, Suite 220
Westlake Village, CA  91361
Telephone:  818.889.0050
Facsimile:   818.89.6050
E-mail: tsottile@sottile-law.com

Attorneys for Plaintiff
MARIBEL COOPER

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL COOPER, | Case No.  CV10-0978 JFW(FMOx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INS. CO., a.k.a.; STATE FARM MUTUAL AUTO INS. CO., a Business Entity, Exact Form Unknown; and DOES 1 through 100, Inclusive, | Trial:                         Dec. 14, 2010 |
| | Pre-trial Conference:   Dec. 3, 2010 |
| | Discovery Cut-Off:     Oct. 15, 2010 |
| Defendants. | |

1  Based on the Joint Stipulation filed in this matter, and good cause appearing
2  therefore, IT IS HEREBY ORDERED THAT:
3     1.   The above-captioned case be and hereby is dismissed with prejudice as to
4  all claims and causes of action in its entirety pursuant to Rule 41(a) of the Federal
5  Rules of Civil Procedure.
6     2.   Each party shall each bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 15, 2010

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE